| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NO. 1:17-CR-00109-3-MAC |
| *versus* | § | |
| | § | |
| | § | |
| JULIA ARIEL VALDEZ | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties agreed to waive their right to file objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because she is able to understand the nature and consequences of the proceedings against her, and able to assist her attorney in her defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, Julia Ariel Valdez, is competent. The speedy trial time shall be excluded from November 8, 2017, until the date of this order.

SIGNED at Beaumont, Texas, this 16th day of July, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE